**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**David LOZANO–SANTIAGO,**
**Defendant—Appellant.**

No. 02–50166.

D.C. No. CR–01–00774–WJR–01.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*

Decided April 16, 2003.

Before RYMER, KLEINFELD, and FISHER, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

**MEMORANDUM\*\***

David Lozano Santiago appeals from his guilty plea conviction and sentence for being an illegal alien found in the United States following deportation in violation of 8 U.S.C. § 1326. Santiago's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, (1967), stating there are no arguable issues for review and seeking to withdraw as counsel of record. Santiago has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues for review. Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

